■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTIAN PACHECO, Appellant. [696 NYS2d 680] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered October 21, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Testimony regarding the defendant's membership in a gang was properly admitted since such evidence was relevant to motive and its probative value outweighed its potential prejudice (*see, People v Boyd,* 164 AD2d 800, 803; *People v Polk,* 84 AD2d 943, 945; *People v Bernard,* 224 AD2d 192).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or relate to errors which were harmless in light of the overwhelming evidence of guilt (*see, People v Crimmins,* 36 NY2d 230). Bracken, J. P., O'Brien, Santucci and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERALD PAYNE, Appellant. [696 NYS2d 826] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 28, 1994 (*People v Payne,* 202 AD2d 694), affirming a judgment of the Supreme Court, Queens County, rendered March 26, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Santucci, Friedmann and Goldstein, JJ., concur.